IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 7:06-252 |
| | ) | 18 USC § 656 |
| v. | ) | |
| | ) | |
| DENITA NICOLE PHILLIPS | ) | INDICTMENT |

<u>COUNT 1</u>

THE GRAND JURY CHARGES:

That from in or about June 2005 and continuing up to in or about December 2005, in the District of South Carolina, the Defendant, DENITA NICOLE PHILLIPS, an employee of The Palmetto Bank, Gaffney, South Carolina, the deposits of which were then insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud, did knowingly and willfully embezzle, abstract, purloin, and misapply more than $1,000.00 of the monies and funds belonging to and entrusted to the custody and care of The Palmetto Bank.

In violation of Title 18, United States Code, Section 656.

A ___True___ Bill

s/ Foreperson
FOREPERSON

s/ Reginald I. Lloyd
REGINALD I. LLOYD   (dcs)
United States Attorney

MAXIMUM PENALTIES FOR 18 USC 656

FINE OF $1,000,000 (18 USC 3571)
AND/OR IMPRISONMENT FOR 30 YR(S)
AND A TERM OF SUPERVISED RELEASE OF 5 YR(S) (18 USC 3583)
SPECIAL ASSESSMENT $100.00 (18 USC 3013)



IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF SOUTH CAROLINA

TO:       DEFENDANT

FROM:     CLERK OF COURT

SUBJECT:  SIGNATURE OF GRAND JURY FOREPERSON ON THE INDICTMENT

The Court does hereby attest that the signature of the Grand Jury Foreperson is affixed to the original Indictment which is being maintained by the Clerk of Court.