IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

RECEIVED
MAY 2 6 2006
LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

UNITED STATES OF AMERICA

VS

CR NO. 7:06-252

DENITA NICOLE PHILLIPS

# PLEA

The defendant, **DENITA NICOLE PHILLIPS**, having withdrawn her plea of Not Guilty, pleads **GUILTY** to Count (s) **1** of the **Indictment**.

_Denita Nicole Phillips_
(Signed) Defendant

Spartanburg, South Carolina
May 26, 2006